# EXHIBIT 4



# RIDER TO MASTER SERVICES AGREEMENT
## MAXIM HEALTHCARE STAFFING SERVICES, INC.
### STAFFING RATES FOR
Corizon, Inc.

Corizon, Inc. ("Client"), located at 105 Westpark Dr, Ste 200 hereby accepts the terms of the Master Secrvices Agreement (the "Agreement") between Client and Maxim Healthcare Services, Inc., d/b/a, Maxim Staffing Solutions, including its affiliate (collectively, "Maxim") dated 10/22/2012. This Rider, referred to as "Rider" is entered into this 2nd day of March, 2021 by and between MAXIM and FACILITY referenced therein. This Facility Rider is effective as of March 2nd, 2021. Capitalized terms used herein and not defined shall have the meaning set forth in the Agreement. FACILITY and MAXIM agree to the following additional terms and conditions.

**Section 1.1** **Prior Agreements.** If FACILITY is a party to an existing agreement with Contractor, that agreement is superseded by the Agreement and the Rider.

**Section 1.2** **Services.** MAXIM will provide Personnel to FACILITY in accordance with the following hourly rate schedule:

*Location: Michigan sites managed by Corizon, Inc.*

| Service | Local Assignment | Travel Assignment |
|---|---|---|
| RN | $65 | $72 |
| LPN | $55 | $62 |
| CNA/MA | $35 | $42 |
| LCSW | $63 | $70 |
| LMSW | $55 | $62 |
|  |  |  |

\* Rates for any additional modalities of Personnel or locations not specified above are to be agreed upon in writing by FACILITY and MAXIM.

**Section 1.3** **Conversion.** Notwithstanding the placement fee language in Section 3.6 of the Agreement, FACILITY may hire any Personnel provided by MAXIM once Personnel have completed a minimum number of hours of work for FACILITY through MAXIM, according to the following schedule:

| Aggregate Hours Worked By Personnel for FACILITY Within Any 12-Month Period | Conversion Fee |
|---|---|
| Prior to completing 140 hours | 15% of annualized starting salary |
| After Completions of 141 – 280 hours | 12% of annualized starting salary |
| After Completions of 281 – 420 hours | 10% of annualized starting salary |
| After Completions of 421 – 520 hours | 8% of annualized starting salary |
| After Completions of 520 hours | 5% of annualized starting salary |

**Section 1.4** **Travel expenses.** CLIENT shall reimburse MAXIM for all costs (including but not limited to airfare, mileage, tolls, and lodging) incurred by any Personnel required to travel to a CLIENT Facility that is in a remote location; provided, however, that reimbursement of such expenses is subject to CLIENT's expense reimbursement guidelines. "Remote locations" will be determined by mutual written agreement by MAXIM and CLIENT, and written verification of such travel expense approvals shall be provided by CLIENT to MAXIM upon request.

Doc ID: 20210311091106163
Sertifi Electronic Signature

**Section 1.5** **Overtime.** Overtime rates are charged for all hours worked in excess of forty (40) per week or eight (8) hours per day, or according to applicable state law. Overtime must have FACILITY supervisory approval. The overtime rate is one and one-half (1.5) times the regular billing rate for such hours.

**Section 1.6** **Holidays.** Holiday rates will apply to shifts beginning at 11:00 p.m. the night before the holiday through 11:00 p.m. the night of the holiday. Time and one-half will be charged for the following holidays:

| | |
|---|---|
| New Year's Eve (from 3 PM) | Thanksgiving Day |
| New Year's Day | Labor Day |
| Memorial Day | Christmas Eve (from 3 PM) |
| Independence Day | Christmas Day |
| Easter | Presidents Day |
| Martin Luther King Day | |

**Section 1.7** **Invoicing.** MAXIM will supply Personnel under this Agreement at the rates list above. MAXIM will submit invoices to FACILITY every week for Personnel provided to FACILITY during the preceding week. Invoices shall be submitted to the following address:

Corizon, Inc
105 Westpark Dr, Ste 200
Brentwood, TN 37027
ATTN: Business Office

CLIENT and MAXIM acknowledge their understanding of the agreement and to the mutual promises written above by executing this Rider as of the effective date first written above.

| CORIZON, INC.: | MAXIM HEALTHCARE STAFFING SERVICES, INC.: |
|---|---|
| *Christi Della Rocca* (signature) | *R. Coombs* (signature) rocoombs@maxhealth.com |
| Signature | Signature |
| Christine Della Rocca, SVP HR | Rob Coombs/Asst. Controller |
| Printed Name & Title | Printed Name & Title |
| 03/10/2021 | 03/11/2021 |
| Date | Date |

Doc ID: 20210311091106163
Sertifi Electronic Signature