IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MAXIM HEALTHCARE STAFFING SERVICES, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:23-CV-00018<br>) JURY DEMAND |
| TEHUM CARE SERVICES, INC. f/k/a CORIZON HEALTH, INC.; CHS TX, INC.; and YESCARE CORP., | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

**SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY**

Tehum Care Services, Inc. f/k/a Corizon Health, Inc. ("Debtor"), one of the named defendants herein, files this *Suggestion of Bankruptcy and Notice of Automatic Stay* and would respectfully show as follows:

1. On February 13, 2023 (the "Petition Date"), Debtor filed a voluntary petition pursuant to chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The case is pending in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, under Case No. 23-90086 (CML) (the "Chapter 11 Case").

2. As a result of the commencement of the Chapter 11 Case, section 362 of the Bankruptcy Code operates as a stay, applicable to all entities, of (i) commencement or continuation of a judicial, administrative or other action or proceeding against the Debtor that was or could have been commenced before the commencement of the Chapter 11 Case, or to recover a claim against the Debtor that arose before the commencement of the Chapter 11 Case;

(ii) the enforcement, against the Debtor or against the property of their bankruptcy estates, of a judgment obtained before the commencement of the Chapter 11 Case; (iii) any act to obtain possession of property of the estate or of property from the estates or to exercise control over property of the Debtor's estate; and (iv) any act to create, perfect, or enforce a lien against property of the Debtor's estate.

3. The stay set forth in 11 U.S.C. § 362(a) became effective automatically upon the commencement of the Chapter 11 Case. If any party violates the stay, the Debtor may seek to have such actions deemed void, move for sanctions in the Bankruptcy Court and recover actual damages, including costs and attorneys' fees, arising from the violation of the stay.

**Dated:** February 13, 2023

Respectfully submitted,

*s/ Russell B. Morgan*
Russell B. Morgan (TN Bar No. 20218)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
Phone: (615) 252-2311
Fax: (615) 252-6311
rmorgan@bradley.com

*Counsel for Tehum Care Services, Inc. f/k/a Corizon Health, Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that, on February 13, 2023 a copy of the foregoing was filed electronically with the Clerk's office by using the CM/ECF system. We provided copies to:

Erno D. Lindner
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450
elindner@bakerdonelson.com

*Attorney for Plaintiff*

*s/ Russell B. Morgan*
Russell B. Morgan
