UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MAXIM HEALTHCARE STAFFING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEHUM CARE SERVICES, INC. F/K/A CORIZON HEALTH, INC.; CHS TX, INC.; and YESCARE CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:23-cv-00018 <br> Judge Aleta A. Trauger |

**UNOPPOSED MOTION TO EXTEND DEADLNE TO FILE RESPONSIVE PLEADING**

Undersigned counsel for Defendants CHS TX, Inc. and YesCare Corp. (collectively, "Defendants") hereby moves the Court for an extension to respond to the Complaint until and including **February 28, 2023.** Undersigned counsel has consulted with counsel for Plaintiff, and there is no opposition to this request.

In support hereof, undersigned counsel states that additional time is appropriate to complete investigation of Plaintiff's allegations and prepare Defendants' response to the Complaint. The requested extension will not prejudice any party or unduly delay the disposition of this matter, and Plaintiff does not oppose the extension.

Respectfully submitted,

s/ W. Travis Parham
W. Travis Parham (TN BPR #016846)
Andrew A. Warth (TN BPR #027606)
Karolyn G. Perry (TN BPR #036900)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Tel.: (615) 244-6380
Travis.Parham@wallerlaw.com
Drew.Warth@wallerlaw.com
Karolyn.Perry@wallerlaw.com

*Counsel for Defendants*
*YesCare Corp. and CHS TX, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that, on February 13, 2023, a copy of the foregoing document was filed electronically via the court's CM/ECF system, which will serve counsel below as indicated on the court's notice of electronic filing.

Erno D. Lindner
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450
elindner@bakerdonelson.com

*Attorney for the Plaintiff,*
*Maxim Healthcare Staffing Services, Inc.*

Russell B. Morgan
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
rmorgan@bradley.com

*Counsel for Defendant*
*Tehum Care Services, Inc. f/k/a Corizon Health, Inc.*

s/ W. Travis Parham